# THE LAW OFFICE OF ELIZABETH E. MACEDONIO

---------------------------------------------ATTORNEY AT LAW---------------------------------------------

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

**Electronically Filed**

March 3, 2013

Honorable Dora L. Irizarry
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Magdalena Nikollaj</u>
11 Cr. 486 (DLI)

Dear Judge Irizarry:

    This letter is written to formally join in the request made earlier today by co-counsel Susan G. Kellman. That request seeks a modification of Ms. Nikollaj's bail conditions which would allow her to visit with her partner, co-defendant Gjavit Thaqi, without the requirement of having counsel present.

    In addition, as I am currently engaged on trial before the Honorable Joseph F. Bianco in Central Islip, I seek permission to have my associate, Carla Comisso, appear on my behalf at tomorrow's appearance. This application is made with the consent of Ms. Nikollaj and the attorney for the Government.

    I thank Your Honor for her continued consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio

cc: All Parties Via ECF