# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Magistrate Judge Azrack     **DATE:** May 16, 2013
**USA v. Magdalena Nikollaj**     11-CR-486 (DLI)

**DEFENDANT'S NAME:** Magdalena Nikollaj
    _X_ present    __ not present    __ custody    _X_ bail

**DEFENSE COUNSEL:** Elizabeth E Macedonio
    _X_ present    __ not present    _X_ CJA    __ RET    __ PDA

**AUSA:** Gina Parlovecchio     **LAW CLERK:** Robert Terranova

**INTERPRETER:** _____    **Language:** _____

**FTR:** Tape #  3:29-3:57

- _X_ CASE CALLED
- _X_ DEFENDANT: _X_ SWORN  _X_ INFORMED OF RIGHTS
- _X_ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- _X_ SUPERSEDING INFORMATION FILED
- ___ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- _X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO THE SUPERSEDING INFORMATION
- _X_ COURT FINDS FACTUAL BASIS FOR THE PLEA
- _X_ SENTENCING SET FOR: Judge Irizarry will issue a scheduling order setting the sentencing date and deadline for the presentence report.
- ___ SENTENCING TO BE SET BY PROBATION
- _X_ BAIL: __ SET  _X_ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
- _X_ TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.