U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Nikollaj, Magdelena | | |
| Presiding Judge: | Date of Hearing: | Type of Hearing: |
| Honorable Dora L. Irizarry | October 8, 2013 | Sentencing |
| Docket Number: | Date of Initial Appearance: | Date of Release: |
| 11CR486 | July 13, 2011 | July 13, 2011 |

### SUMMARY OF RELEASE INFORMATION:

The defendant was arrested by DEA/DHS-HSI Special Agents on July 13, 2011, and was charged with Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. 371 & 1956. The defendant appeared in this District on the same date before former U.S. Magistrate Judge Andrew L. Carter and was released on a $150,000 secured appearance bond with the following conditions: report to Pretrial Services as directed; no contact with co-defendants unless in the presence of counsel (excluding her brothers Lee and Robert Karaqi for family related matters); surrender passport and do not reapply; random home / employment visits; and travel restricted to the Eastern and Southern Districts of New York. On August 4, 2011, the defendant's bond was modified to allow limited contact with co-defendant and common law husband, Gjavit Thaqi. The defendant was only permitted to discuss family and / or health issues, and was not permitted to discuss the federal case. On November 8, 2011, the defendant's bond was modified to allow her to talk to her husband via email under the following conditions: all communications must be in English, all communications must relate to personal matters relating in particular to the welfare of the children, and there must be no discussion about the case. On March 8, 2013, the bond was modified to allow the defendant to visit her husband at the prison facility outside of counsel's presence.

### COMPLIANCE WITH RELEASE CONDITIONS:

Due to the defendant's residence in Bronx, New York courtesy supervision has been conducted by the Southern District of New York. The defendant has been compliant throughout the Pretrial Services supervision period. The defendant reports as directed and provides all requested documentation.

### UPDATED SOCIAL INFORMATION:

The defendant has maintained residence at 1957 Bronxdale Avenue, Apt. B34, Bronx, NY 10462 since her bail release. The Southern District of New York advised no unusual activity was noted during random home visits. The defendant is unemployed and is financially supported by her family.

### VERIFICATION OF COMMUNITY TIES:

The Southern District of New York advised the defendant's address was verified through home contacts and documentation.

## ADJUSTMENT TO SUPERVISION:

The Southern District of New York reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.

## CRIMINAL RECORD CHECK:

The most recent criminal record check was conducted on October 1, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

## REASSESSMENT OF RISKS:

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

## CONDITIONS TO CONSIDER AT SENTENCING:

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:

None.

Submitted by:

_____
Erin J. Rodriguez
**U.S. Pretrial Services Technician**

Approved by:

_____
Desiree Melendez
**U.S. Pretrial Services Officer Specialist**

Date:            October 1, 2013